UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/16/2025
```

GRACIELA DONCOUSE,

　　　　　　　　Plaintiff,

　　　-v-

BOOM BOOM BROW BAR, LTD., *et al.*

　　　　　　　　Defendants.

**ORDER**

25-CV-9215 (VSB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

In light of changes to the Court's calendar, the initial case management conference previously scheduled for January 20, 2026, *see* ECF No. 9, is adjourned to **January 22, 2026** at **3:00 p.m.** by telephone.  Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 182 913 085#).

Plaintiff is directed to provide notice of this order to any interested parties.

**SO ORDERED.**

Dated: December 16, 2025
　　　New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge