UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GRACIELA DONCOUSE,

                    Plaintiff,

          -v-

BOOM BOOM BROW BAR, LTD., *et al.*

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/12/2026

**ORDER**

25-CV-9215 (VSB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, the deadline for service is 90 days from filing of the complaint, which occurred on November 4, 2025.  ECF No. 1.  Proof of service must be made to the Court.  Rule 4(l)(1).  To date, no proof of service has been filed.  By **February 26, 2026,** Plaintiff shall file proof of service upon all defendants or explain why the undersigned should not recommend dismissal pursuant to Rule 4(m).

**SO ORDERED.**

Dated: February 12, 2026
          New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1