UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/9/2026

GRACIELA DONCOUSE,

                        Plaintiff,

            -v-

BOOM BOOM BROW BAR, LTD., ET AL.,

                        Defendants.

**ORDER**

25-CV-9215 (VSB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

Pursuant to the Court's February 13, 2026 order, ECF No. 19, Defendant Boom Boom Brow Bar, Ltd. ("Boom Boom Brow") was directed to respond to the complaint by March 6, 2026. To date, so far as the docket reflects, no response has been filed. The Court *sua sponte* extends the deadline for Boom Boom Brow to respond to the complaint to **March 16, 2026.** If no response is filed, Plaintiff must file a letter by **March 23, 2026** stating whether she intends to seek entry of a default judgment.

**SO ORDERED.**

Dated: March 9, 2026
        New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1